No. A-CV-06-81

## COURT OF APPEALS OF THE NAVAJO NATION

June 15, 1981

Jennie T. BEGAY, Respondent,

vs.

THE NAVAJO NATION, Petitioner.

ORDER

Lawrence Long, Esq., DNA-People's Legal Services, Window Rock, Navajo Nation (Arizona) for Petitioner.

That on February 25th, 1981, the court reviewed the Writ of Mandamus and the official files of the above-captioned cause and finds that the petitioner requested that the Writ of Mandamus be dismissed for the reason that the default judgment was signed by the Honorable Harry Brown on February 24, 1981.

It is hereby ORDERED that the pending Writ of Mandamus filed by the petitioner be dismissed for the reason that Default Judgment has been previously signed.